Allen R. Ball, Esq. (State Bar #124088)
**LAW OFFICE OF BALL & YORKE**
1001 Partridge Drive, Suite 330
Ventura, California 93003
(805) 642-5177; (805) 642-4622 Fax
aball@ballandyorkelaw.com

**Attorney for Defendants,**
**JAMES WALD; NATALIE WALD; JAYSON**
**COHEN; AMERICAN LEGACY SOLUTIONS LLC**
**and ELITE SOUND COMPANY, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS EDWARD MARTIN, an individual; | ) ) ) Case No.: **2:26-cv-03714-WLH(DFMx)** Judge: Hon. Wesley L. Hsu |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, a federal agency; JAMES WALD, an individual; NATALIE WALD, an individual; ELITE SOUND COMPANY LLC, a California limited liability company; JAYSON COHEN, an individual; | ) ) ) ) ) ) ) ) ) ) ) **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RESPONSE OF DEFENDANTS WALD, COHEN, AMERICAN LEGACY, AND ELITE TO COURT'S ORDER OF JUNE 2, 2026 RE: LACK OF SUBJECT MATTER JURISDICTION** |
| Defendants. | ) ) ) ) |

**TO THE COURT AND TO ALL PARTIES:**

As authorized by Rule 201 of the Federal Rules of Evidence, and for the Court's further information, Defendants James Wald; Natalie Wald; Jayson Cohen, American Legacy Solutions, LLC and Elite Sound Company LLC respectfully request that this court take judicial notice of the documents, attached as Exhibits to the Declaration of Allen R. Ball, in connection with this Court's June 2, 2026 order setting an Order to Show Cause re: Lack of Subject Matter Jurisdiction.

These defendants filed a Request for Judicial Notice on May 4, 2026, along with the original Motion to Dismiss.  This Request is to advise the court of events occurring after that filing that are relevant to one of the two pending state actions noted in this court's June 2, 2026 order.

This court "may judicially notice a fact that is not subject to reasonable dispute because it (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  (Fed.Rules.Evid., rule 201, subd. (b).) A court "must take judicial notice if a party requests it and the court is supplied with the necessary information." (Fed.Rules.Evid., rule 201, subd. (c)(2).)

This court may "take judicial notice of various filings in [state court] proceedings.  *See United States ex rel. Robinson Rancheria Citizens Council v. Borneo*, 971 F.2d 244, 248 (9th Cir. 1992) (`We 'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.')." (*Bennet v. Medtronic, Inc*, 285 F.3d 801, 803, fn. 2 (9th Cir, 2002)

Therefore, it is respectfully requested that the court judicially notice the following documents from a proceeding in California state courts:

Exhibit "A":  The Motion to Vacate June 15, 2026 Minute Order with Supporting Request for Judicial Notice, both filed by current plaintiff Martin, in the case of *Martin v. Wald*, Ventura Co. Sup. Court Case No. 2024CUNP03282, showing that a response to an adverse ruling is an attempt to disqualify the state court judge;

Exhibit "B": The Order Striking the Third Verified Statement Disqualifying Judge Coats in the case known as in the case of *Martin v. Wald*, Ventura Co. Sup. Court Case No. 2024CUNP03282, showing the use of meritless disqualification attempts to evade adverse rulings;

///

Request for Judicial Notice in Support of the Response by Defendants Wald, Cohen American Legacy & Elite to the Court's OSC re Lack of Subject Matter Jurisdiction

Exhibit "C":  The Notice of Ruling on the Motion to Strike current plaintiff Martin's First Amended Cross-Complaint, in the case known as _Wald v. Martin, et. al._, Ventura County Superior Court, Case No. 2023CUPP012195 showing that, both the May 18, 2026 tentative ruling and the May 21, 2026, allowed current plaintiff Martin to file the pleading at issue if he first files the appropriate motion.

Exhibit "D":  The Motion to Vacate Ruling of May 21, 2026 filed by current plaintiff Martin in the case known as _Wald v. Martin, et. al._, Ventura County Superior Court, Case No. 2023CUPP012195.

This pleading includes both a declaration and a conformed cover page showing that, after the issuance of the adverse tentative but before the May 21, 2026 hearing, current plaintiff Martin filed a seventh verified statement in an attempt to disqualify Judge Caudill, the state court judge assigned to this case.

Exhibit "E":  The Order Striking the Eight Verified Statement, in the case known as _Wald v. Martin, et. al._, Ventura County Superior Court, Case No. 2023CUPP012195.showing rejection of both the seventh and eighth attempts to disqualify Judge Caudill, the state court judge assigned to this case.  All verified statements of disqualification were filed by current plaintiff Martin.

Exhibit "F":  A printout of the register of actions in the case known as _Wald v. Martin, et. al._, Ventura County Superior Court, Case No. 2023CUPP012195, showing that, since the May 21, 2026 order, plaintiff Martin has not yet filed a motion for leave to file a First Amended Cross-Complaint.

///

///

///

///

///

///

///

Request for Judicial Notice in Support of the Response by Defendants Wald, Cohen American Legacy & Elite to the Court's OSC re Lack of Subject Matter Jurisdiction

### *Conclusion*

For the foregoing reasons, this request should be granted and judicial notice be taken of the documents attached as exhibits to the declaration of Allen R. Ball.

Respectfully submitted,

Dated:  July 7, 2026

LAW OFFICE OF BALL & YORKE

_____/S/   Allen. R. Ball_____
Allen R. Ball, Esq.
Attorney for Defendants,
JAMES WALD AND NATALIE WALD;
JAYSON COHEN, AMERICAN LEGACY
SOLUTIONS, LLC and ELITE SOUND
COMPANY LLC.

/ / /

/ / /

Request for Judicial Notice in Support of the Response by Defendants Wald, Cohen American Legacy & Elite to the Court's OSC re Lack of Subject Matter Jurisdiction

## *Declaration of Allen R. Ball*

I, ALLEN R. BALL hereby declare:

1.     I am an attorney duly licensed to practice law before all courts of the State of California.  I am also duly licensed to practice law before the United States District Court, Central District of California.  I am a partner with the Law Office of Ball & Yorke, attorneys of record for James Wald, Natalie Wald, Jayson Cohen, American Legacy Solutions, LLC and Elite Sound, Company, LLC, defendants herein.  I am the attorney principally in charge of handling the file in this action and so, I have personal knowledge of the facts contained herein.

2.     Attached hereto as Exhibit "A" and incorporated herein by this reference is a true and correct copy of both the Motion to Vacate June 15, 2026 Minute Order and the Supporting Request for Judicial Notice, both filed by current plaintiff Martin, in the case of *Martin v. Wald*, Ventura Co. Sup. Court Case No. 2024CUNP03282, showing that a response to an adverse ruling is an attempt to disqualify Judge Coats, the state court judge in that case.

3.     Attached hereto as Exhibit "B" and incorporated herein by this reference is a true and correct copy of the Order Striking the Third Verified Statement Disqualifying Judge Coats in the case known as in the case of *Martin v. Wald*, Ventura Co. Sup. Court Case No. 2024CUNP03282, showing the use of meritless disqualification attempts to evade adverse rulings;

4.     Attached hereto as Exhibit "C" and incorporated herein by this reference is a true and correct copy of The Notice of Ruling on the Motion to Strike current plaintiff Martin's First Amended Cross-Complaint, in the case known as *Wald v. Martin, et. al.*, Ventura County Superior Court, Case No. 2023CUPP012195.  This document shows that, by tentative ruling issued May 18, 2026 and by the final order of May 21, 2026, the pleading at issue may still be raised in the state court if current plaintiff Martin files the appropriate motion.

///

Request for Judicial Notice in Support of the Response by Defendants Wald, Cohen American Legacy & Elite to the Court's OSC re Lack of Subject Matter Jurisdiction

5.    Attached hereto as Exhibit "D" and incorporated herein by this reference is a true and correct copy of The Motion to Vacate Ruling of May 21, 2026 filed by current plaintiff Martin in the case known as _Wald v. Martin, et. al._, Ventura County Superior Court, Case No. 2023CUPP012195.

6.    This pleading includes both a declaration and a conformed cover page showing that, after the issuance of the adverse tentative but before the May 21, 2026 hearing, current plaintiff Martin filed a seventh verified statement in an attempt to disqualify Judge Dana Caudill, the state court judge assigned to this case.

7.    Attached hereto as Exhibit "E" and incorporated herein by this reference is a true and correct copy of the Court's Order Striking the Eight Verified Statement, in the case known as _Wald v. Martin, et. al._, Ventura County Superior Court, Case No. 2023CUPP012195.  This document shows the rejection of both the seventh and eighth attempts to disqualify the state court judge.  All verified statements of disqualification were filed by current plaintiff Martin.

8.    Attached hereto as Exhibit "F" and incorporated herein by this reference is a true and correct copy of a printout, made July 7, 2026 of the register of actions in the case known as _Wald v. Martin, et. al._, Ventura County Superior Court, Case No. 2023CUPP012195, showing that, since the May 21, 2026 order, plaintiff Martin has not yet filed a motion for leave to file a First Amended Cross-Complaint.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this the 7th day of July 2026 in Ventura California.

            /S/   Allen. R. Ball
        Allen R. Ball, Declarant

Request for Judicial Notice in Support of the Response by Defendants Wald, Cohen American Legacy & Elite to the Court's OSC re Lack of Subject Matter Jurisdiction

## **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of eighteen (18) years.  My business address is 1001 Partridge Drive, Suite 330, Ventura, California 93003.  I am employed in the County of Ventura, State of California, and am not a party to the above-entitled action.

On **July 7, 2026**, I served ☐ the original ☒ a true copy of the following named document(s):

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RESPONSE OF DEFENDANTS WALD, COHEN, AMERICAN LEGACY, AND ELITE TO COURT'S ORDER OF JUNE 2, 2026 RE:  LACK OF SUBJECT MATTER JURISDICTION**

☒     **BY MAIL (F.R.C.P. 5(b)(2)(C)):**  By causing such documents(s) to be deposited in the United Stated Mail at Ventura, California, in regular business fashion with which I am readily familiar, sealed in an envelope with postage thereon, fully prepaid, addressed as follows:

☒     **BY ELECTRONIC MAIL (F.R.C.P. 5(b)(2)(E)):**  By sending it via electronic mail, without transmission error or difficulty, to the e-mail address(es) provided by the party(ies) as identified herein below:

☒     **VIA CM/ECF (F.R.C.P.  5(b)(3)):**     By filing the document electronically and allowing the Notice of Electronic Filing to suffice as the proof of service to all parties/counsel registered for electronic service.

### *** SEE THE ATTACHED SERVICE LIST***

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.  Executed this **7th day of July, 2026**, at Ventura, California.

/s/ Cathy Hernandez  
Cathy Hernandez, Declarant

Request for Judicial Notice in Support of the Response by Defendants Wald, Cohen American Legacy & Elite to the Court's OSC re Lack of Subject Matter Jurisdiction

## SERVICE LIST

| Travis Edward Martin<br>1746 F South Avenue, Suite 104<br>Ventura, CA 93003<br>Martin57290@gmail.com<br><br>Travis Martin (CDCR# BU6031)<br>Richard J. Donovan Correctional Facility<br>480 Alta Road<br>San Diego, CA 92179 | **Plaintiff in Pro Per** |
|---|---|
| Paul B. La Scala<br>Assistant United States Attorney<br>United States Attorney's Office<br>Central District of California<br>300 N. Los Angeles Street, Room 7516<br>Los Angeles, California 90012<br>Office: 213-894-2467<br>Paul.LaScala@usdoj.gov | **Courtesy Copy** |

Request for Judicial Notice in Support of the Response by Defendants Wald, Cohen American Legacy & Elite to the Court's OSC re Lack of Subject Matter Jurisdiction