UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-03714-WLH-DFM | Date | August 14, 2026 |
| Title | ***Travis Edward Martin et al v. United States Small Business Administration et al*** | | |

| | |
|---|---|
| Present: The Honorable | WESLEY L. HSU, United States District Judge |

| | |
|---|---|
| Claudia Garcia-Marquez | None |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings: (IN CHAMBERS) ORDER RE EX PARTE APPLICATION TO DISSOLVE OR MODIFY THE STAY OF DEFENDANTS' OBLIGATION TO ANSWER THE FIRST AMENDED COMPLAINT AND TO SET DATE CERTAIN FOR RESPONSIVE PLEADINGS [69]**

The Court is in receipt of Plaintiff's *Ex Parte* Application to Dissolve or Modify the Stay of Defendants' obligation to answer the First Amended Compliant and to Set Date Certain for Responsive Pleadings. (Application, Dkt. No. 69). Having reviewed the Application and finding good cause, the Court **GRANTS** the Application. The Court orders the stay dissolved on September 4, 2026. Defendants' obligation to answer or otherwise respond to the First Amended Complaint is due on September 25, 2026.

**IT IS SO ORDERED.**