UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
IMI
$002.27º
09/04/2026 ZIP 90012
043M31268156
US POSTAGE

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP - 9 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

2:26-cv-03714-WLH

FILED
CLERK, U.S. DISTRICT COURT
SEP - 9 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

EP

Case: 2:26cv3714 Doc: 73

Travis Edward Martin
1746-F South Victoria Avenue, Suite 104
Ventura, CA 93003

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Travis Edward Martin
1746-F South Victoria Avenue, Suite 104
Ventura CA 93003
--Case Participants: Allen Reynolds Ball (chernandez@ballandyorkelaw.com, litigation@ballandyorkelaw.com, ncummings@ballandyorkelaw.com), Paul Bartholomew Green (caseview.ecf@usdoj.gov, karolyn.s.li@usdoj.gov, oscar.ortiz@usdoj.gov, paul.green@usdoj.gov, usacac.civil@usdoj.gov), Judge Wesley L. Hsu (crd_hsu@cacd.uscourts.gov), Magistrate Judge Douglas F. McCormick (crd_mccormick@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<43488185@cacd.uscourts.gov>Subject:Activity in Case 2:26-cv-03714-WLH-DFM Travis Edward Martin et al v. United States Small Business Administration et al Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**
The following transaction was entered on 9/2/2026 at 4:05 PM PDT and filed on 9/2/2026

| | |
|---|---|
| **Case Name:** | Travis Edward Martin et al v. United States Small Business Administration et al |
| **Case Number:** | 2:26-cv-03714-WLH-DFM |
| **Filer:** | |
| **Document Number:** | 73 |

**Docket Text:**
**ORDER re: Order to Show Cause by Judge Wesley L. Hsu. On June 2, 2026, the Court issued an Order to Show Cause ("OSC"), instructing Plaintiff to explain why the federal suit was not subject to Younger abstention doctrine and/or why Plaintiff's claims are not barred as res judicata and/or collateral estoppel (as applicable). (Order to Show Cause at 3, Dkt. No. 40). The Court also ordered Defendants to file a response on a claim-by-claim basis. (Id.). On June 26, 2026, Plaintiff filed a response. (Plaintiff's Response, Dkt. No. 52). Defendants American Legacy Solutions LLC, Jayson Cohen, Jayson Cohen, Elite Sound Company LLC, Elite Sound Company, LLC (collectively, "Defendants") subsequently filed a response on July 7, 2026. (Defendants' Response, Dkt. No. 60). For the reasons stated herein, the action is STAYED**

**pending resolution of the two state cases: Martin v. Wald, Ventura Co. Sup. Court Case No. 2024CUNP03282 and Wald v. Martin, et al., Ventura County Superior Court, Case No. 2023CUPP012195. See document for further information.** (es)

**2:26-cv-03714-WLH-DFM Notice has been electronically mailed to:**

Paul Bartholomew Green oscar.ortiz@usdoj.gov, caseview.ecf@usdoj.gov, karolyn.s.li@usdoj.gov, usacac.civil@usdoj.gov, paul.green@usdoj.gov

Allen Reynolds Ball ncummings@ballandyorkelaw.com, chernandez@ballandyorkelaw.com, litigation@ballandyorkelaw.com

**2:26-cv-03714-WLH-DFM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Travis Edward Martin
1746-F South Victoria Avenue, Suite 104
Ventura CA 93003