Travis Edward Martin
In Pro Per
1746-F South Victoria Ave.
Suite #104
Ventura CA 93003
Email: Martin57290@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
09/28/2026
CENTRAL DISTRICT OF CALIFORNIA
BY mba DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TRAVIS EDWARD MARTIN, an individual,

Plaintiff,

v.

UNITED STATES SMALL BUSINESS ADMINISTRATION, a federal agency; JAMES WALD, an individual; NATALIE WALD, an individual; JAYSON COHEN, an individual; AMERICAN LEGACY SOLUTIONS LLC, a California limited liability company; and ELITE SOUND COMPANY LLC, a California limited liability company,

Defendants.

Case No. 2:26-cv-03714-WLH-DFM

Hon. Wesley L. Hsu

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

[Representation Statement (Ninth Circuit Rule 3-2) attached]

Orders appealed: Dkt. No. 73 (Sept. 2, 2026); Dkt. No. 78 (Sept. 24, 2026)

**NOTICE OF APPEAL**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff Travis Edward Martin, in pro per, appeals to the United States Court of Appeals for the Ninth Circuit from the following orders of the United States District Court for the Central District of California, Hon. Wesley L. Hsu:

1. The Order re: Order to Show Cause entered September 2, 2026 (Dkt. No. 73), which stayed this action in its entirety under the Younger abstention doctrine

pending resolution of Ventura County Superior Court Case Nos. 2023CUPP012195 and 2024CUNP032821; and

2. The Order Denying Plaintiff's Ex Parte Application to Vacate Stay entered September 24, 2026 (Dkt. No. 78), to the extent it denied Plaintiff's alternative motion for reconsideration of the September 2, 2026 Order.

The September 2, 2026 Order is a final decision under 28 U.S.C. § 1291 because it stays the entire action pending state proceedings and puts Plaintiff effectively out of federal court. Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp., 460 U.S. 1, 9-13 (1983); Quackenbush v. Allstate Ins. Co., 517 U.S. 706, 713-14 (1996); Herrera v. City of Palmdale, 918 F.3d 1037, 1042-43 (9th Cir. 2019). Alternatively, it is appealable under the collateral order doctrine. Moses H. Cone, 460 U.S. at 11-12.

This notice is timely. A United States agency is a party, so the time to appeal is 60 days after entry of the order appealed from. Fed. R. App. P. 4(a)(1)(B)(ii). The September 2, 2026 Order was entered on September 2, 2026, and this notice is filed within 60 days of that date. In addition, Plaintiff's application filed September 8, 2026 (Dkt. No. 75) sought reconsideration of the September 2, 2026 Order under Federal Rules of Civil Procedure 54(b) and 59(e) within 28 days of its entry, and the order disposing of it was entered September 24, 2026. Fed. R. App. P. 4(a)(4)(A)(iv).

Plaintiff's address for service is 1746-F South Victoria Ave., Suite #104, Ventura, CA 93003; email Martin57290@gmail.com.

Dated: September 28, 2026

Respectfully submitted,

/s/ Travis Edward Martin

Travis Edward Martin

Plaintiff and Appellant, In Pro Per

**REPRESENTATION STATEMENT**

**(Ninth Circuit Rule 3-2)**

The undersigned represents himself and no other party. Pursuant to Ninth Circuit Rule 3-2, the parties to this action and their counsel are as follows:

**Plaintiff and Appellant**

Travis Edward Martin, in pro per
1746-F South Victoria Ave., Suite #104, Ventura, CA 93003
Email: Martin57290@gmail.com

**Defendant and Appellee United States Small Business Administration**

Paul (Bart) Green, Assistant United States Attorney
Paul B. La Scala, Assistant United States Attorney
Federal Building, Suite 7516, 300 North Los Angeles Street, Los Angeles, CA 90012
Telephone: (213) 894-0805; Email: paul.green@usdoj.gov

**Defendants and Appellees James Wald, Natalie Wald, Jayson Cohen, American Legacy Solutions LLC, and Elite Sound Company LLC**

Allen R. Ball, Esq., Law Office of Ball & Yorke
1001 Partridge Drive, Suite 330, Ventura, CA 93003
Telephone: (805) 642-5177; Email: chernandez@ballandyorkelaw.com; litigation@ballandyorkelaw.com

Dated: September 28, 2026

/s/ Travis Edward Martin
Travis Edward Martin
Plaintiff and Appellant, In Pro Per

# PROOF OF SERVICE

I, John Ruiz, declare: I am over the age of eighteen years. On September 28, 2026, I served the following documents:

1. Notice of Appeal to the United States Court of Appeals for the Ninth Circuit, with Representation Statement;
2. Transcript Designation Form (G-126); and
3. Motion and Affidavit for Leave to Appeal In Forma Pauperis (A-18),

on the following parties by the method indicated:

Allen R. Ball, Esq., Law Office of Ball & Yorke, 1001 Partridge Drive, Suite 330, Ventura, California 93003 (counsel for Defendants James Wald, Natalie Wald, Jayson Cohen, American Legacy Solutions LLC, and Elite Sound Company LLC).

Paul (Bart) Green, Assistant United States Attorney, Federal Building, Suite 7516, 300 North Los Angeles Street, Los Angeles, California 90012 (counsel for Defendant United States Small Business Administration).

[X] BY MAIL: I placed true copies in sealed envelopes addressed as listed above, with first-class postage fully prepaid, and deposited them with the United States Postal Service at Scottsdale, Arizona.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 28, 2026, at Scottsdale, Arizona.

/s/ John Ruiz

John Ruiz