Name/Address of Attorney or Pro Per
Travis Edward Martin, In Pro Per
1746-F South Victoria Ave., Suite #104
Ventura, CA 93003 Martin57290@gmail.com
Telephone
☐ FPD ☐ Apptd ☐ CJA ☒ Pro Per

FILED
CLERK, U.S. DISTRICT COURT
09/28/2026
CENTRAL DISTRICT OF CALIFORNIA
BY mba DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TRAVIS EDWARD MARTIN
PLAINTIFF(S),
v.
UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.
DEFENDANT(S).

CASE NUMBER: 2:26-cv-03714-WLH-DFM

**Motion and Affidavit for Leave to Appeal In Forma Pauperis:** ☐ **28 U.S.C. 753(f)** ☒ **28 U.S.C. 1915**

The undersigned Travis Edward Martin, a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:
   a. Younger stay (Dkt. 73) was error: no Sprint category applies; state cases exclude the SBA.
   b. Stay fails Colorado River parallelism (Ernest Bock); sec. 455(a) filing is not forum shopping.
   c. Denial of reconsideration (Dkt. 78) was error; reassignment on remand is warranted.

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

   a. Are you presently employed? ☐ Yes ☒ No. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. ______

   b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source? ☐ Yes ☒ No.
   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

c. Are you presently employed in prison? ☐ Yes ☒ No.

If yes, state the number of hours you work per week and the hourly rate of pay.

________________________________________

d. Do you own any cash or do you have money in a checking or savings account? ☐ Yes ☒ No.

If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit. ____________________

e. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? None

f. In what year did you last file an income tax return? 2021

g. Approximately how much income did your last tax return reflect? I do not remember.

h. List the persons who are dependent upon you for support and state your relationship to those persons.

None

i. State monthly expenses, itemizing the major items. None

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Travis Edward Martin

*Signature of Party*

September 28, 2026

*Date*

____________________

*Signature of Attorney*

*(Disregard if filed in propria persona)*