UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

2:26-cv-0314-WLH-DFM

quadient
FIRST-CLASS
IMI
$001.9
09/04/2026 ZI
043M31268

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP - 9 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
SEP 9 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DHA DEPUTY

Case: 2:26cv3714 Doc: 74

Travis Edward Martin
1746-F South Victoria Avenue, Suite 104
Ventura, CA 93003

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Case Participants: Paul Bartholomew Green (caseview.ecf@usdoj.gov, karolyn.s.li@usdoj.gov, oscar.ortiz@usdoj.gov, paul.green@usdoj.gov, usacac.civil@usdoj.gov), Allen Reynolds Ball (chernandez@ballandyorkelaw.com, litigation@ballandyorkelaw.com, ncummings@ballandyorkelaw.com), Judge Wesley L. Hsu (crd_hsu@cacd.uscourts.gov), Magistrate Judge Douglas F. McCormick (crd_mccormick@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<43493573@cacd.uscourts.gov>Subject:Activity in Case 2:26-cv-03714-WLH-DFM Travis Edward Martin et al v. United States Small Business Administration et al Text Only Scheduling Notice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**

The following transaction was entered on 9/3/2026 at 11:21 AM PDT and filed on 9/3/2026

| | |
|---|---|
| **Case Name:** | Travis Edward Martin et al v. United States Small Business Administration et al |
| **Case Number:** | 2:26-cv-03714-WLH-DFM |
| **Filer:** | |
| **Document Number:** | 74(No document attached) |

**Docket Text:**

**(IN CHAMBERS) ORDER VACATING HEARING AND HOLDING MOTION TO DISMISS IN ABEYANCE [63] by Judge Wesley L. Hsu: In light of the Courts September 2, 2026, Order staying proceedings in this action, the hearing on Defendant United States Small Business Administrations Motion to Dismiss, currently scheduled for September 4, 2026, is VACATED. The Motion to Dismiss is HELD IN ABEYANCE pending further order of the Court. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cgm) TEXT ONLY ENTRY**

**2:26-cv-03714-WLH-DFM Notice has been electronically mailed to:**

Allen Reynolds Ball chernandez@ballandyorkelaw.com, litigation@ballandyorkelaw.com, ncummings@ballandyorkelaw.com

Paul Bartholomew Green Paul.Green@usdoj.gov, CaseView.ECF@usdoj.gov,